AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4-11-71138 MAG |
| QUALIK TULIVA | ) | |
| | ) | Charging District:   District of Neveda |
| *Defendant* | ) | Charging District's Case No.   3:03-CR-0213-ECR-VPC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Nevada<br>400 S. Virginia Street<br>Reno, NV 89501 | Courtroom No.: Magistrate Judge Cooke |
|---|---|---|
| | | Date and Time: November 3, 2011 at 3:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   October 13, 2011

*Judge's signature*

LAUREL BEELER, US MAGISTRATE JUDGE
*Printed name and title*